IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

**KEVIN DELARUELLE,**

    **Plaintiff,**                   **CASE NO. 3:17-cv-00526-JD-MGG**

vs.

**CAPITAL ONE BANK (USA), N.A.,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff KEVIN DELARUELLE and Defendant Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted the 19 day of January, 2018.

                                        _s/ Ibrahim Muhtaseb_
                                        **Ibrahim Muhtaseb**
                                        The Law Offices of Jeffrey Lohman PC
                                        4740 Green River Rd Ste 219
                                        Corona, CA 92880
                                        866-329-9217 x1008
                                        Fax: 657-246-1311
                                        Email: IbrahimM@JLohman.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this the 19 day of January, 2018, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

**Carl A Greci**
Faegre Baker Daniels LLP - SB/IN
202 S Michigan St Ste 1400
South Bend, IN 46601
574-234-4149
Fax: 574-239-1000
Email: carl.greci@faegrebd.com

**Erin L Hoffman**
Faegre Baker Daniels LLP - Min/MN
2200 Wells Fargo Center
90 S Seventh St
Minneapolis, MN 55402
612-766-8043
Fax: 612-766-1600
Email: erin.hoffman@FaegreBD.com

By: *s/ Alyson Dykes*
Alyson Dykes