UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INIDIANA
SOUTH BEND DIVISION

KEVIN DELARUELLE,

    Plaintiff,

  v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Civil Case No.:
**3:17−cv−00526−JD−MGG**

## NOTICE OF VOLUNTARY DISMISSAL

    PLEASE TAKE NOTICE that Plaintiff KEVIN DELARUELLE hereby voluntarily dismisses with prejudice the above entitled action against Defendant CAPITAL ONE BANK (USA), N.A.

    The parties, through their undersigned attorneys, have settled this action pursuant to a General Release and Settlement Agreement and stipulate to dismissal.

RESPECTFULLY SUBMITTED,

DATED: February 27, 2018

**The Law Offices of Jeffrey Lohman, P.C.**

By: */s/ Ibrahim Muhtaseb*
    Ibrahim Muhtaseb
    Attorneys for Plaintiff.